UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-CV-23328-JLK

APRIL BATES,

    Plaintiff,

vs.

VITAS HEALTHCARE CORPORATION
OF FLORIDA,

    Defendant.
_____/

### NOTICE OF NON-COMPLIANCE AND MOTION TO DISMISS THE COMPLAINT

Defendant VITAS HEALTHCARE CORPORATION OF FLORIDA serves this Notice of Non-Compliance with the Order Referring Case to Magistrate Judge Simonton for Settlement Conference [D.E. 9] dated October 16, 2017, and moves to dismiss the Complaint for failure to comply with Court Order, pursuant to Rule 41(b). As grounds therefore, VITAS states:

1.    Plaintiff filed her complaint on September 1, 2017, seeking unpaid overtime under the Fair Labor Standards Act. The complaint was filed over 18 months after Plaintiff's employment was terminated for poor performance.

2.    VITAS filed its Answer, denying any liability.

3.    On October 16, 2017, VITAS voluntarily provided Plaintiff's counsel with payroll records which demonstrate that Plaintiff was paid overtime, when she worked over forty (40) hours per workweek, as required by the law. On October 26th, the undersigned sent another Email to opposing counsel. There has been no response to either Email.

4. Pursuant to this Court's Order, Plaintiff was required to file a Statement of Claim no later than November 5th. To date, Plaintiff has failed to file a Statement of Claim, and otherwise comply with the Court Order. Pursuant to paragraph 9 of the Order, non compliance can lead to dismissal of the Complaint. Dismissal under Rule 41(b) is within the sound discretion of the trial court. *Ferentinos v. Kissimmee Utility Authority*, 604 Fed. Appx. 808, 809 (11th Cir. 2015).

WHEREFORE, Defendant asks that the Court dismiss the complaint, and award fees and costs as appropriate.

Respectfully submitted,

/s  Elizabeth P. Johnson
Elizabeth P. Johnson
Fla. Bar No. 920990
Email: ejohnson@fowler-white.com

Edwin Cruz
Fla. Bar No. 55579
Email: ecruz@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:    (305) 789-9201

*Counsel for Defendant VITAS HEALTHCARE CORPORATION OF FLORIDA*

CASE NO. 1:17-CV-23328-JLK

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2017, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Elizabeth P. Johnson*
Elizabeth P. Johnson

## SERVICE LIST

Bruce Botsford, Esq.
Bruce Botsford, P.A.
1615 SW 2nd Ave.
Ft. Lauderdale, FL 33315
PH: 954-990-4213
service@botsfordlegal.com
*Counsel for Plaintiff*

4832-8710-7102, v. 1